No. 69. GEORGIA POWER CO. *v.* TENNESSEE VALLEY AUTHORITY; and

No. 70. SAME *v.* UNDERWOOD, U. S. DISTRICT JUDGE. October 11, 1937. Petition for writs of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Newton D. Baker, Raymond T. Jackson, Dan MacDonald,* and *Walter T. Colquitt* for petitioner. *Solicitor General Reed* and *Messrs. James Lawrence Fly, John Lord O'Brian,* and *William C. Fitts, Jr.,* for respondent. Reported below: 89 F. (2d) 218.